612

405 A.2d 538

Commonwealth v. Gerholt, Appellant.

Submitted June 27, 1978. Joseph W. Mullin, Public Defender, for appellant; Stewart L. Kurtz, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

405 A.2d 538

Commonwealth v. Bernard Johnson, Appellant.

Submitted December 31, 1977. Cecil B. Moore, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

JACOBS, WATKINS, former P. JJ., and HOFFMAN, J., did not participate in the consideration or decision of this case.